**FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **In re: CESAR IVAN FLORES; ANA MARIA FLORES**, <br><br> Debtors. <br><br> ――――――――――――――― <br><br> **ROD DANIELSON**, <br><br> Trustee - Appellant, <br><br> v. <br><br> **CESAR IVAN FLORES; ANA MARIA FLORES**, <br><br> Debtors - Appellees. | No. 11-55452 <br><br> D.C. No. 6:10-29956-MJ <br><br><br> **ORDER** |

**KOZINSKI**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that

this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a)

and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as

precedent by or to any court of the Ninth Circuit.